# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --               )

                       )

DynCorp International LLC     )     ASBCA No. 59255

                       )

Under Contract No. FA8108-09-D-0004   )

| APPEARANCE FOR THE APPELLANT: | Gregory S. Jacobs, Esq. |
| | Polsinelli PC |
| | Washington, DC |

| APPEARANCES FOR THE GOVERNMENT: | Lt Col James H. Kennedy III, USAF |
| | Air Force Chief Trial Attorney |
| | William M. Lackermann, Jr., Esq. |
| | Senior Trial Attorney |

## ORDER OF DISMISSAL

The parties having advised the Board that they have settled this appeal, and having furnished the Board with a copy of their settlement agreement, this appeal is hereby dismissed with prejudice, subject to reinstatement only in the event that the agreed settlement is not consummated. Any request to reinstate the appeal must be filed within 180 days of the date of this Order

Dated: 10 September 2014

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59255, Appeal of DynCorp International LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals